AO 91 (Rev 11/11) Criminal Complaint                                                    /s/Laney Ellis 12-8-2025

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| United States of America<br>v.<br>Kevin Kees<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  M-25-673 -STE<br>)<br>)<br>)<br>) |

FILED

12:26 pm, Dec 09, 2025

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA
By: AC, Deputy Clerk

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __September 20, 2025__ in the county of __Oklahoma__ in the
__Western__ District of __Oklahoma__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(a)(6) | False Statement During the Purchase of a Firearm |

This criminal complaint is based on these facts:
See attached Affidavit of Task Force Officer Autumn Sheets, ATF, which is incorporated and made a part hereof by reference.

☑ Continued on the attached sheet.

_____
Complainant's signature

Autumn Sheets, Task Force Officer, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __12/9/2025 @11:31__

_____
Judge's signature

City and state: __Oklahoma City, Oklahoma__    SHON T. ERWIN, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

**AFFIDAVIT**

I, Autumn Sheets, having been duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), a division of the United States Department of Justice, having been so employed since August 2022. Along with my employment with the ATF, I am also a Police Officer with the Oklahoma City Police Department (OCPD) and have been since May 2012. I am currently assigned as a detective with OCPD. As a TFO with ATF, I am vested with the authority to investigate violations of federal laws, including Title 18 of the United States Code.

2. I have been assigned to the ATF Oklahoma City Field Office since August 2022. I am familiar with the information contained in this Affidavit through personal investigation and/or information received from other law enforcement officers, mentioned herein, who have participated in and/or have contributed documentary reports of their investigative efforts in this matter. This Affidavit contains information necessary to support the Complaint and is not intended to include every fact or matter observed or known by me.

3. This Affidavit is presented for the limited purpose of seeking a federal complaint and arrest warrant for **Kevin KEES**. This Complaint and arrest warrant are sought for **KEES'** violation of Title 18 United States Code, Section 922(a)(6).

## FACTS SUPPORTING PROBABLE CAUSE

4.  On September 20, 2025, **Kevin KEES** knowingly provided false information on the ATF Federal Form 4473 while attempting to purchase a firearm from a Federal Firearms Licensee (FFL).

5.  On September 20, 2025, **KEES** attempted to purchase a Springfield Model XD-9, 9mm semi-automatic pistol, with serial number AT215303, from King's Pawn & Gun, located at 4255 East Reno Avenue in Oklahoma City, Oklahoma, in the Western District of Oklahoma.

6.  According to the ATF NICS Referral Application Field Office Report, **KEES** was denied the purchase of the firearm on September 20, 2025. The report indicated **KEES** has been convicted of a narcotic-related crime in the state of Texas.

7.  **KEES** was convicted of misdemeanor Possession of a Controlled Substance in Denton County, Texas, on April 2, 2025. **KEES** was denied the purchase of the firearm due to the recent conviction in Texas.

8.  **KEES** is also currently under indictment out of Oklahoma County, Oklahoma, for the charge of Possession of Contraband by an Inmate under CF-2024-3647. KEES has had numerous court hearings regarding the case and has been present with his defense attorney during those hearings.

9.  The ATF Federal Form 4473 is required for the purchase of firearms from an FFL. Purchasers complete the form and a NICS background check is completed to

2

determine if the purchaser is prohibited from possessing or purchasing the firearm. **KEES** completed this form at King's Pawn & Gun.

10. King's Pawn & Gun is a federally licensed firearms dealer – FFL.

11. I reviewed the ATF 4473 form and observed **KEES** had marked "No" on question 21(c). The question asks whether the purchaser is currently under indictment in Oklahoma County for a felony. KEES marked "No" on this question, which is false due to the pending felony case in Oklahoma County. **KEES** signed and dated the bottom of the form.

12. **KEES** has a pending Oklahoma County case CF-2024-3647, Possession of Contraband by an Inmate, a violation of Title 57, Oklahoma Statute, Section 21(E). **KEES** appeared in custody for arraignment on July 31, 2024. Since that date, **KEES** has appeared in court for at least four of the eight court dates regarding the matter.

13. Based upon the aforementioned facts and circumstances, I believe that probable cause exists that on September 20, 2025, within the Western District of Oklahoma, **Kevin KEES** knowingly made a false statement in response to Federal Form 4473 Question 21(c) during the purchase of a firearm from an FFL, in order to deceive

employees at the FFL about a material fact, in violation of Title 18, United States Code, Section 922(a)(6).

_____
AUTUMN SHEETS
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn and subscribed before me this  9th  day of December, 2025.

_____
SHON T. ERWIN
U.S. MAGISTRATE JUDGE

4