AO 91 (Rev 11/11) Criminal Complaint /s/Laney Ellis 12-16-2025

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | |
|---|---|
| United States of America<br>v.<br>Kevin Kees<br><br>*Defendant(s)* | )<br>)<br>) Case No. M-25-673-STE<br>)<br>)<br>)<br>) |

## AMENDED CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __Sept 20, 2025 and Dec 15, 2025__ in the county of __Oklahoma__ in the __Western__ District of __Oklahoma__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(a)(6) | False Statement During the Purchase of a Firearm |
| 18 U.S.C. § 922(n) | Illegal Receipt of a Firearm by a Person Under Indictment |

This criminal complaint is based on these facts:

See attached Affidavit of Task Force Officer Autumn Sheets, ATF, which is incorporated and made a part hereof by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Autumn Sheets, Task Force Officer, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **Dec 17, 2025**

_____
*Judge's signature*

City and state: Oklahoma City, Oklahoma   SHON T. ERWIN, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

## AMENDED AFFIDAVIT

I, Autumn Sheets, having been duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), a division of the United States Department of Justice, having been so employed since August 2022. Along with my employment with the ATF, I am also a Police Officer with the Oklahoma City Police Department (OCPD) and have been since May 2012. I am currently assigned as a detective with OCPD. As a TFO with ATF, I am vested with the authority to investigate violations of federal laws, including Title 18 of the United States Code.

2. I have been assigned to the ATF Oklahoma City Field Office since August 2022. I am familiar with the information contained in this Affidavit through personal investigation and/or information received from other law enforcement officers, mentioned herein, who have participated in and/or have contributed documentary reports of their investigative efforts in this matter. This Affidavit contains information necessary to support the Complaint and is not intended to include every fact or matter observed or known by me.

3. This Affidavit is presented for the limited purpose of seeking a federal complaint and arrest warrant for **Kevin KEES**. This Complaint and arrest warrant are sought for **KEES'** violation of Title 18 United States Code, Section 922(a)(6) and Section 922(n).

## FACTS SUPPORTING PROBABLE CAUSE

4. On September 20, 2025, **Kevin KEES** knowingly provided false information on the ATF Federal Form 4473 while attempting to purchase a firearm from a Federal Firearms Licensee (FFL).

5. On September 20, 2025, **KEES** attempted to purchase a Springfield Model XD-9, 9mm semi-automatic pistol, with serial number AT215303, from King's Pawn & Gun, located at 4255 East Reno Avenue in Oklahoma City, Oklahoma, in the Western District of Oklahoma.

6. According to the ATF NICS Referral Application Field Office Report, **KEES** was denied the purchase of the firearm on September 20, 2025. The report indicated **KEES** has been convicted of a narcotic-related crime in the state of Texas.

7. **KEES** was convicted of misdemeanor Possession of a Controlled Substance in Denton County, Texas, on April 2, 2025. **KEES** was denied the purchase of the firearm due to the recent conviction in Texas.

8. **KEES** is also currently under indictment out of Oklahoma County, Oklahoma, for the charge of Possession of Contraband by an Inmate under CF-2024-3647. KEES has had numerous court hearings regarding the case and has been present with his defense attorney during those hearings.

9. The ATF Federal Form 4473 is required for the purchase of firearms from an FFL. Purchasers complete the form, and a NICS background check is completed to

2

determine if the purchaser is prohibited from possessing or purchasing the firearm. **KEES** completed this form at King's Pawn & Gun.

10. King's Pawn & Gun is a federally licensed firearms dealer – FFL.

11. I reviewed the ATF 4473 form and observed **KEES** had marked "No" on question 21(c). The question asks whether the purchaser is currently under indictment in Oklahoma County for a felony. KEES marked "No" on this question, which is false due to the pending felony case in Oklahoma County. **KEES** signed and dated the bottom of the form.

12. **KEES** has a pending Oklahoma County case CF-2024-3647, Possession of Contraband by an Inmate, a violation of Title 57, Oklahoma Statute, Section 21(E). **KEES** appeared in custody for arraignment on July 31, 2024. Since that date, **KEES** has appeared in court for at least four of the eight court dates regarding the matter.

13. Based upon the aforementioned facts and circumstances, I believe that probable cause exists that on September 20, 2025, within the Western District of Oklahoma, **Kevin KEES** knowingly made a false statement in response to Federal Form 4473 Question 21(c) during the purchase of a firearm from an FFL, in order to deceive

employees at the FFL about a material fact, in violation of Title 18, United States Code, Section 922(a)(6).

14. On December 15, 2025, members of the United States Marshals Service (USMS) Fugitive Task Force were conducting a fugitive investigation regarding the active federal arrest warrant issued for **KEES**.

15. Members of the USMS Fugitive Task Force observed **KEES** enter a black Honda Civic and leave a hotel in the area of Reno Avenue and Martin Luther King Boulevard. Members of the USMS Fugitive Task Force observed multiple traffic violations and conducted a traffic stop on the vehicle just to the east of Sooner Road on Northeast 23rd Street.

16. **KEES**, the driver and sole occupant of the vehicle, was taken into custody by law enforcement and escorted away from the Honda Civic. As **KEES** was escorted, he made a voluntary statement regarding information that his gun was inside the vehicle.

17. Members of the USMS Fugitive Task Force were notified of this information and subsequently searched the vehicle. During the search of the vehicle, a Taurus, model PT640 Pro, .40 caliber semi-automatic pistol, bearing serial number SET62296, was located on the driver's side floorboard near the center console area. The pistol was magazine and chamber-loaded.

18. An E-trace was performed on the Taurus pistol, bearing serial number SET62296. The firearm was purchased on October 4, 2025, by J.D. at 4255 East Reno, Oklahoma City, OK, 73117, the address of King's Pawn & Gun.

19. On October 31, 2025, J.D. made a larceny report with OCPD. J.D. told police that **KEES** was in possession of her Taurus .40 caliber semi-automatic handgun. J.D. stated that KEES borrowed the firearm and refused to return it at that time.

20. **KEES** is currently under indictment out of Oklahoma County, Oklahoma, for the felony charge of Possession of Contraband by an Inmate under CF-2024-3647 and is therefore prohibited from possessing a firearm in violation of Title 18 United States Code 922(n).

21. ATF Special Agent (SA) Brian Anderson, a Firearms Interstate Nexus Examiner, opined that the firearm seized from **KEES** was not manufactured in Oklahoma and therefore affected interstate commerce.

22. Based upon the aforementioned facts and circumstances, I believe that probable cause exists that on December 15, 2025, within the Western District of Oklahoma, Kevin **KEES,** did knowingly receive a firearm while under indictment in violation of Title 18, United States Code, Section 922(n).

AUTUMN SHEETS
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms, and Explosives

Sworn and subscribed before me this 17th day of December, 2025.

SHON T. ERWIN
U.S. MAGISTRATE JUDGE

5