# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. MJ-25-673-STE |
| KEVIN KEES, | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Defendant Kevin Kees, through undersigned counsel, Traci L. Rhone, Assistant Federal Public Defender, hereby gives notice of his intent to appeal, to the United States Court of Appeals for the Tenth Circuit, the Order on the Order of Detention Pending Trial filed December 18, 2025 (Doc. 20).

Respectfully submitted,

s/ *Traci L. Rhone*
TRACI L. RHONE
ASSISTANT FEDERAL PUBLIC DEFENDER
FEDERAL PUBLIC DEFENDER ORGANIZATION
WESTERN DISTRICT OF OKLAHOMA
215 Dean A. McGee Suite 109
Oklahoma City, Oklahoma 73102
405-609-5930 (phone)
405-609-5932 (fax)
Electronic Mail: traci_rhone@fd.org

# CERTIFICATE OF SERVICE

      I hereby certify that on December 30, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the electronic records currently on file, the Clerk of Court will transmit a Notice of Electronic filing to Laney Ellis, Assistant United States Attorney.

                                                s/ Traci L. Rhone
                                                TRACI L. RHONE